**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No.    15-10298 |
| Plaintiff-Appellee, | D.C. No. 2:13-cr-00323-JCM |
| v. |  |
| DONALD WALTERS, Jr., | MEMORANDUM[*] |
| Defendant-Appellant. |  |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted August 16, 2016[**]

Before:    O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

Donald Walters, Jr., appeals from the district court's judgment and

challenges his guilty-plea convictions and 105-month concurrent sentences for

being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Walters's counsel has filed

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Walters the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Walters's motion for judicial notice and counsel's motion to withdraw are **GRANTED.**

**AFFIRMED.**